FREDERICK MARCELES COOLEY,
465 CARLSON STREET
VALLEJO, CA 94590

In Pro Se

**FILED**

MAR -6 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

FREDERICK MARCELES COOLEY,

    Plaintiff,

vs.

CITY OF VALLEJO, et., al.,

    Defendant

Case No. 2 14 CV 620 TLN KJN

**42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT AND DEMAND FOR JURY TRIAL**

### STATEMENT OF CLAIMS

On September 5, 2011, Plaintiff Frederick Marceles Cooley an unarmed 20 year old black male was visiting his friends Michael Pina and Rachel McBurnie Melton who lived at 796 Elmwood Ave in Vallejo, Ca. What started out as a small group of friends, turned into full blown house party. At approximately 11:20 p.m., Defendant Vallejo Police Sergeant Brett Clark ordered several City of Vallejo Police Officers to force their way into the residence. Officers entered the residence yelling "get down". As Plaintiff was complying with officers orders to get down, without warning Defendant VPD Officer Dustin Joseph a white adult male deployed his taser in dart mode into Plaintiff's forehead just inches away from plaintiff's left eye as Plaintiff was complying with officers orders to get down. Plaintiff experienced excruciating pain from the tasing, blurred vision, intense headaches, dizziness and other substantial injuries. Defendant Joseph arrested Plaintiff for Penal Code § 148.

Plaintiff is a member of a group of Vallejo residents who have or currently are attempting to vindicate their rights against the City of Vallejo and Vallejo Police Officers for claims of excessive force. Plaintiff will be seeking damages for Monell claims due to the City of Vallejo's longstanding policy, practice or custom of allowing Police officers to use excessive force which is the moving force behind the violation of Plaintiff 4th Amendment rights not to be subjected to excessive force because defendants Clark and Joseph action's reflect a municipal practice, policy or custom.

At all times mentioned Defendant City of Vallejo is the employer of defendants Brett Clark and Dustin Joseph.

At all times mentioned Defendant Brett Clark was employed as a Vallejo Police Sergeant and acting in individual and official capacity, under the color of state law.

At all times mentioned Defendant Dustin Joseph was employed as a Vallejo Police Officer and acting in his individual capacity, under the color of state law.

### RELIEF

Plaintiff is seeking compensatory and punitive damages. He is also seeking damages for emotional distress and demands a jury trial. Therefore, Plaintiff will be requesting that the court allow him to litigate his claims under Federal law.

Date 3/3/14

_____
PLAINTIFF

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Date 3/3/14

_____
**DECLARANT**