UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARCELES COOLEY, | No. 2:14-cv-0620-TLN-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO et al., | |
| Defendants. | |

    Plaintiff Frederick Marceles Cooley, who proceeds in this action without counsel, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 3.)[1] Plaintiff's application in support of his request to proceed in forma pauperis makes the showing required by 28 U.S.C. § 1915(a)(1).  Accordingly, the undersigned grants plaintiff's request to proceed in forma pauperis.

    The determination that a plaintiff may proceed in forma pauperis does not complete the required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines that the allegation of poverty is untrue, or if the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant.

---

[1] This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

Based on the limited record before the court, the court cannot conclude that plaintiff's action is frivolous, that the complaint fails to state claims on which relief can be granted, or that plaintiff seeks monetary relief from an immune defendant. The undersigned reserves decision as to plaintiff's claims until the record is sufficiently developed, and this order does not preclude defendants from challenging plaintiff's complaint through a timely motion pursuant to Federal Rule of Civil Procedure 12 or other appropriate method of challenging plaintiff's pleading. Accordingly, the undersigned orders service of the complaint on defendants.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 3) is granted.

2. Service of plaintiff's complaint is appropriate for defendants City of Vallejo, Brett Clark, and Dustin Joseph.

3. The Clerk of the Court is directed to issue forthwith all process pursuant to Federal Rule of Civil Procedure 4.

4. The Clerk of Court shall send plaintiff one USM-285 form, one summons, this court's scheduling order, and the forms providing notice of the magistrate judge's availability to exercise jurisdiction for all purposes.

5. Plaintiff is advised that to effectuate service, the U.S. Marshal will require:

   a. One completed summons;

   b. One completed USM-285 form for each defendant to be served;

   c. A copy of the complaint for each defendant to be served, with an extra copy for the U.S. Marshal; and

   d. A copy of this court's scheduling order and related documents for each defendant to be served.

6. Plaintiff shall supply the U.S. Marshal, within 30 days from the date this order is filed, with all information needed by the Marshal to effectuate service of process, and shall, within 10 days thereafter, file a statement with the court that such documents have been submitted to the U.S. Marshal.

////

1    7.   The U.S. Marshal shall serve process, with copies of this court's scheduling order
2 and related documents, within 90 days of receipt of the required information from plaintiff,
3 without prepayment of costs. The U.S. Marshal shall, within 10 days thereafter, file a statement
4 with the court that such documents have been served. If the U.S. Marshal is unable, for any
5 reason, to effectuate service of process on any defendant, the Marshal shall promptly report that
6 fact, and the reasons for it, to the undersigned.

7    8.   If a defendant waives service, the defendant is required to return the signed waiver
8 to the U.S. Marshal. The filing of an answer or a responsive motion does not relieve a defendant
9 of this requirement, and the failure to return the signed waiver may subject a defendant to an
10 order to pay the costs of service by the U.S. Marshal.

11    9.   The Clerk of Court shall serve a copy of this order on the U.S. Marshal.

12    10.  Plaintiff's failure to comply with this order may result in any appropriate
13 sanctions, including monetary sanctions and/or a recommendation that this action be dismissed
14 pursuant to Federal Rule of Civil Procedure 41(b).

15    IT IS SO ORDERED.

16 Dated: March 10, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3