UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARCELES COOLEY, | No. 2:14-cv-0620 TLN KJN PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On September 17, 2014, defendants City of Vallejo, Brett Clark, and Dustin Joseph filed an answer to plaintiff Frederick Marceles Cooley's first amended complaint. (ECF No. 37.) With the pleadings now settled, the court finds it appropriate to reschedule a status (pretrial scheduling) conference in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. A status (pretrial scheduling) conference in this matter is set for Thursday November 13, 2014, at 10:00 a.m., in Courtroom No. 25 before the undersigned.

2. No later than seven (7) days prior to the conference, the parties shall meet and confer and file a joint status report addressing the specific topics outlined in the court's previous March 11, 2014 Order Setting Status Conference. (See ECF No. 6 at 2-3.)

3. In their joint status report, the parties shall also indicate whether they desire an early settlement conference, and if so, whether they would stipulate to waiver of any

1

disqualification by virtue of the undersigned acting as a settlement judge or whether they would prefer the settlement conference to be conducted before another magistrate judge.

4. Failure of any party to cooperate in the meet-and-confer efforts and the drafting of the joint status report may result in the imposition of sanctions on the offending party.

IT IS SO ORDERED.

Dated:  September 18, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE