UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARCELES COOLEY,  | No.  2:14-cv-0620 TLN KJN PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On September 18, 2014, the court issued an order setting a status (pretrial scheduling) conference in this matter for November 13, 2014.  (ECF No. 38.)  That order directed the parties to meet and confer and file a joint status report addressing the specific topics outlined in the court's previous March 11, 2014 Order Setting Status Conference no later than seven (7) days prior to the conference.  (Id.)  The parties were further ordered to indicate whether they desire an early settlement conference, and if so, whether they would stipulate to waiver of any disqualification by virtue of the undersigned acting as a settlement judge or whether they would prefer the settlement conference to be conducted before another magistrate judge.  (Id.)  The court cautioned the parties that failure of any party to cooperate in the meet-and-confer efforts and the drafting of the joint status report may result in the imposition of sanctions on the offending party.  (Id.)

////

1

On November 5, 2014, defendants filed a status report, in which plaintiff did not join. (ECF No. 39.) Defendants' status report does not address all of the specified topics, and does not explain why a joint status report was not filed. Moreover, although the applicable deadline has now passed, plaintiff entirely failed to file a status report.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 13, 2014 status conference is vacated and continued to December 11, 2014, at 10:00 a.m., in Courtroom No. 25.
2. No later than November 20, 2014, the parties shall meet and confer, and file a <u>joint status report</u> in accordance with the court's prior September 18, 2014 order.
3. Sanctions, including monetary sanctions, a recommendation of dismissal pursuant to Federal Rule of Civil Procedure 41(b), or any other appropriate sanctions, will be imposed on any party who fails to cooperate with the meet-and-confer process and drafting of the joint status report.

IT IS SO ORDERED.

Dated: November 10, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE